RECEIVED

MAR 1 2 2019

U.S. District Court
Eastern District of MO

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIAN E. CAMPBELL, | Case No.: 4:17-cv-02684-JAR |
| Plaintiff, | |
| vs. | Removed from the Circuit Court of |
| WALMART CORPORATION, | St. Louis County, Missouri |
| | Case No.: 17SL-CC03616 |
| Defendant. | |

**PLAINTIFF'S MOTION TO RECONSIDER**

COMES NOW I Plaintiff Brian E. Campbell as Pro Se, to Respectfully Request the Court to Reconsider the time allowed to show/present the following video evidence (Exhibits) to the Jury during Trial:

**1) Exhibit Pltf Campbell-8**; Digital Surveillance Video footage labeled:

Export__09_PTZ_HOUSEWARES_AND_STORAGE_Friday September 01 2017163758

848f40d, which has a time length of 6 hours, from 12:00 am thru 6:00 am for the date of August 6, 2017. Which captured the incident mentioned in the complaint associated with the above case number.

I Plaintiff Brian E. Campbell respectfully beg the Court to Reconsider, the 20 minutes, allowed time to show/present Exhibit Pltf Campbell-8 to the Jury during Trial. I Plaintiff Brian E. Campbell believe that in order for me to prove the true extent of the

Case No.: 4:17-cv-02684-JAR Page 1 of 3

Negligent acts of the Defendant that caused me the bodily injuries, verified through Exhibits Pltf Campbell-1 thru 7. I Plaintiff Brian E. Campbell will need at least 90 minutes out of the 6 hour digital surveillance video footage. But if the Court would so humbly show me Plaintiff Brian E. Campbell latitude, to allow me an unlimited time to thoroughly show/present the digital surveillance video footage to the Jury during Trial. I will be able to prove the true extent of the Defendant's Negligent acts. I Plaintiff Brian E. Campbell do not believe that still shots/pictures extracted from the digital surveillance video footage will give the Jury a clear, suitable or proper view of the extent of the Defendant's Negligent actions that caused my bodily injuries.

2) <u>Exhibit Pltf Campbell-9</u>; Digital Video footage labeled: 007.AVI, 008.AVI, 009.AVI, 010.AVI, 011.AVI, 012.AVI, 013.AVI, and 014.AVI, with all combined has a time length of 40 minutes. Which captured the incident (different video scenes than Exhibit Pltf Campbell-8) mentioned in the complaint associated with the above case number.

I Plaintiff Brian E. Campbell respectfully beg the Court to Reconsider, the 15 minutes, allowed time to show/present Exhibit Pltf Campbell-9 to the Jury during Trial. I Plaintiff Brian E. Campbell believe that in order for me to prove the true extent of the Negligent acts of the Defendant that caused me the bodily injuries verified, through Exhibits Pltf Campbell-1 thru 7. I Plaintiff Brian E. Campbell will need at least 30 minutes

out of the 40 minutes digital surveillance video footage. I Plaintiff Brian E. Campbell as Pro Se at this time do not expect to call any physical bodied witnesses, and because of this I Respectfully beg the Court for latitude by allowing me an unlimited time to thoroughly show/present Exhibits Pltf Campbell 8 and 9 to the Jury during Trial.

WHEREFORE, I Plaintiff Brian E. Campbell as Pro Se pray that the Court grant me latitude, and Reconsider the time frame allowed to show/present the fore-mentioned Exhibits to the Jury during Trial, to show proof that the conditions and actions that caused my bodily injuries existed and went on for 3 hours prior to my injuries.

RESPECTFULLY SUBMITTED this 11th day of March, 2019

Brian E. Campbell/Pro Se
2230 Windsor Dr.
Florissant, MO 63033
(314) 218-0379
bcworkin@gmail.com

## CERTIFICATE OF SERVICE

I Plaintiff, Brian E. Campbell hereby certify that a true and correct copy of the foregoing PLAINTIFF'S MOTION TO RECONSIDER was sent via U.S Postal Service, Priority Mail, Signature Required, this 11th day of March, 2019 to:

Boggs, Avellino, Lach & Boggs L.L.C.
9326 Olive Blvd.
Ste. 200
St. Louis, MO 63132

_____
Brian E. Campbell          Pro Se